UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN PETERSON,

    Plaintiff,

v.

                                        File No. 1:11-cv-953

                                        HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                                /

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On June 15, 2012, Magistrate Judge Hugh W. Brenneman, Jr. issued a Report and Recommendation ("R&R") recommending that the Commissioner of Social Security's decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). No objection has been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the June 15, 2012, R&R (Dkt. No. 16) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Commissioner of Social Security's decision is **REVERSED** and **REMANDED** for further consideration pursuant to sentence four of 42 U.S.C. § 405(g)

Dated: July 9, 2012                                         /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE